No. 170, Misc.   O'DWYER v. WASHINGTON.   Supreme Court of Washington.   Certiorari denied.

No. 171, Misc.   SPENCER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Acting Solicitor General Stern* for the United States.

No. 174, Misc.   ALLEN v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *William H. Collins* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 175, Misc.   NORRED v. CALIFORNIA.   District Court of Appeal of California, First District.   Certiorari denied.

No. 177, Misc.   CARPENTER v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 179, Misc.   WASHINGTON v. FLORIDA.   Supreme Court of Florida.   Certiorari denied.

No. 181, Misc.   BEASON v. EIDSON, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 186, Misc.   CAMPBELL v. CLAUDY, WARDEN, ET AL.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.

No. 118, Misc.   DuBOIS v. MOSSEY ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would grant certiorari and reverse this